# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **OLIN WOOTEN,** ) | |
| Plaintiff, ) | Civil Action No. 1:08cv00049 |
| ) | |
| v. ) | **CHARGING ORDER** |
| ) | |
| **ROBERT C. LIGHTBURN,** ) | BY: GLEN M. WILLIAMS |
| Defendant. ) | SENIOR UNITED STATES DISTRICT JUDGE |

This case is currently before the court on the Plaintiff's Motion For Summary Judgment, (Docket Item No. 22), ("Motion"), which was filed on June 16, 2009. The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On July 14, 2009, the Magistrate Judge entered a report and recommendation, (Docket Item No. 24), ("the Report"), recommending that the Motion be granted and that a charging order be entered, creating a lien on Lightburn's transferable interests in Robert A. Lightburn, LLC, and The Game Place, L.L.C. Objections to the Report were due by July 31, 2009; however, no objections were filed. As such, the Magistrate Judge's Report shall be **ACCEPTED**.

Accordingly, for the reasons set forth in the Magistrate Judge's Report, the plaintiff's Motion is hereby **GRANTED**, and, pursuant to Virginia Code Annotated §§ 13.1-1041.1 and 50-73.46:1, the court also hereby enters a charging order, attaching a lien on the defendant's transferable interests in the above-mentioned entities.

The Clerk is directed to enter this Order and send copies of this Order to all counsel of record. The Clerk is further directed that this case is to be stricken from the docket.

ENTER: This 4th day of August 2009.

/s/ *Glen M. Williams*
SENIOR UNITED STATES DISTRICT JUDGE

-2-

Case 1:08-cv-00049-GMW-PMS   Document 26   Filed 08/04/09   Page 2 of 2   Pageid#: 106